UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SPENCER CARTER, JR,

                    Petitioner,          NO.  CV-09-5023-JPH

        vs.                              ORDER ADOPTING REPORT AND
                                         RECOMMENDATION AND DISMISSING
STEVE SINCLAIR,                          PETITION

                    Respondent.

    Magistrate Judge Hutton filed a Report and Recommendation on June 12, 2009, recommending Mr. Carter's habeas corpus petition be dismissed without prejudice.  There being no objections, the court **ADOPTS** the Report and Recommendation (Ct. Rec. 8).  The Petition is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward copies to Petitioner and close the file.

    **DATED** this 8th day of July 2009.

                              *S/ Robert H. Whaley*
                              ROBERT H. WHALEY
                         CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2009\9cv5023jph-7-6-DIShc.wpd

ORDER DISMISSING PETITION -- 1