AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SPENCER CARTER, JR.,

       Petitioner,

          v.

STEVE SINCLAIR,

       Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-5023-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Court ADOPTS the Report and Recommendation (Ct. Rec. 8). The petition is DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies. File closed.

July 8, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer